

**CALLAGY LAW**
Caring · Urgent · Aggressive

Mack-Cali Centre II
650 From Rd – Suite 565
Paramus, New Jersey 07652
Email: info@callaglaw.com
Web: callagylaw.com
Office: 201.261.1700
Fax:    201.261.1775

Sean R. Callagy+*

Partner
Michael J. Smikun+*
David L. Aromando+*
Brian P. McCann+*
Christopher R. Cavalli+

JoAnne Baio LaGreca+*
Thomas LaGreca*
James Greenspan+*
Tamara E. Kotsev+*
Lynne Goldman+
Christopher R. Miller+
Samuel S. Saltman+*
Michael Gottlieb+*
Robert J. Solomon+*
Daniel C. Nowak+
Emily J. Harris+
Sarah N. Goldenthal+*
Daniel G. Spafford+
Rajat Bhardwaj+
Michael Bittoni*
Brian Williamson#
Alena Eydlish+
Hala Jaloudi+<
Bianca N. Cuellar+

+Member of the New Jersey Bar
*Member of the New York Bar
#Member of the Arizona Bar
<Member of Pennsylvania Bar

**New York Office:**
2825 Third Ave
Suite #301
Bronx, NY 10455
Office: 718.758.4114

**Arizona Office:**
668 North 44th St
 Suite 300
Phoenix, AZ 85008
Office: 602.687.5844

January 19, 2018

**VIA CM/ECF**
Hon. Jose L. Linares
United States District Court, District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  RE: *University Spine Center o/a/o Celimar C. v. 1199SEIU*
     *National Benefit Fund*

    *Docket No.: Civil No. 17-cv-08743-JLL-JAD*

Dear Judge Linares:

  This firm represents Plaintiff, University Spine Center, in the above-referenced matter. In consideration of the appearance and representations made by the Defendant, 1199SEIU National Benefit Fund, in defense of its default, and in the interest of judicial economy, having conferred with Defendant, may it please the Court, University Spine Center respectfully withdraws its pending Motion to Enter Default Judgment on this matter, currently calendared with a February 5, 2018 return date, and consents to an extension of time for Defendant to answer or otherwise move or plead by January 23, 2018.

     Respectfully submitted,

    By: *s/ Daniel C. Nowak*

DCN

cc: Suzanne Metzger, Esq. (*via electronic mail*)

SO ORDERED

DATED: 1/22/2018